**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**VANDANA JOSHI,**

    *Plaintiff*,

**v.**                                                                    **Case No.: 4:26cv222-MW/MJF**

**OPENAI FOUNDATION, et al.**

    *Defendants*.

_____/

## ORDER GRANTING EXTENSION

This Court has considered, without hearing, Defendants OpenAI Foundation, OpenAI Group PBC, OpenAI GP, LLC, Aestas Management Company, LLC, Aestas, LLC, OpenAI Holdings, LLC, OAI Corporation, OpenAI Global Holdco, Inc., OpenAI Global, LLC, OpenAI OPCO, LLC, and OpenAI, LLC's unopposed motion for extension of time to respond to the complaint. ECF No. 14. The unopposed motion is **GRANTED**. Defendants' deadline to answer or otherwise respond to the complaint is extended to **on or before Monday, July 13, 2026.**

    **SO ORDERED on May 22, 2026.**

                               **s/Mark E. Walker**_____
                               **United States District Judge**