# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

VANDANA JOSHI, as Personal
Representative of the Estate OF TIRU
CHABBA, deceased, for the benefit of
the Decedent's survivors and Estate,

      Plaintiffs,

    v.

OpenAI FOUNDATION (f/k/a OpenAI,
INC.); OpenAI GROUP PBC; OpenAI
GP, LLC; AESTAS MANAGEMENT
COMPANY, LLC (f/k/a OpenAI
HOLDINGS, LP); AESTAS, LLC;
OpenAI HOLDINGS, LLC; OAI
CORPORATION (f/k/a OAI
CORPORATION, LLC); OpenAI
GLOBAL HOLDCO, INC.; OpenAI
GLOBAL, LLC, a capped profit
company; OpenAI OPCO, LLC (f/k/a
OpenAI LP); OpenAI, LLC, a Delaware
corporation; and PHOENIX IKNER, an
individual,

      Defendants.

C.A. No.: 4:26-cv-00222-MW-MJF

## **OPENAI DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants OpenAI Foundation (f/k/a OpenAI, INC.), OpenAI Group PBC, OpenAI GP, LLC, AESTAS Management Company, LLC (f/k/a OpenAI Holdings, LP), AESTAS, LLC, OpenAI Holdings, LLC, OAI Corporation (f/k/a OAI Corporation, LLC), OpenAI Global Holdco, Inc., OpenAI Global, LLC, OpenAI OpCo, LLC (f/k/a OpenAI LP), and OpenAI, LLC (collectively, the "OpenAI Defendants") state as follows:

- **OpenAI Foundation** states that it has no parent corporation and that no publicly held corporation has a financial interest in OpenAI Foundation of 10% or more.

- **OpenAI Group PBC** states that it is partially owned by OpenAI Foundation, who also has certain contractual rights as to OpenAI Group PBC and its directors. OpenAI Group PBC further states that Microsoft Corporation and Softbank Group Corporation are publicly held corporations that each have a financial interest in OpenAI Group PBC of 10% or more on an as-converted basis.

- **OpenAI GP, LLC** states that it is a subsidiary of OpenAI Group PBC and that no publicly held corporation has a financial interest of 10% or more.

- **AESTAS Management Company, LLC** states that it has no parent corporation and that no publicly held corporation has a financial interest of 10% or more.

- **AESTAS LLC** states that it is a subsidiary of AESTAS Management Company, LLC and that no publicly held corporation has a financial interest of 10% or more.

- **OpenAI Holdings, LLC** merged into OpenAI Group PBC on December 31, 2025 and no longer exists as a standalone entity. Please refer to the disclosures for OpenAI Group PBC.

- **OAI Corporation, LLC** converted in September 2023 from a limited liability company to a corporation named OAI Corporation. OAI Corporation states that it is a subsidiary of OpenAI Group PBC and that no publicly held corporation has a financial interest of 10% or more

- **OpenAI OpCo, LLC** states that it is a subsidiary of OpenAI Global, LLC and that no publicly held corporation has a financial interest of 10% or more. Microsoft Corporation is a publicly held corporation that has a financial interest in OpenAI Global, LLC of 10% or more.

- **OpenAI Global Holdco, Inc.** is a subsidiary of OAI Corporation and that no publicly held corporation has a financial interest of 10% or more.

-2-

- **OpenAI Global, LLC** is a subsidiary of OAI Corporation, LLC, OpenAI Global HoldCo, Inc., and OpenAI Global HoldCo II, Inc., and that Microsoft Corporation is a publicly held corporation that owns 10% or more of its stock.

- **OpenAI, LLC** converted effective December 31, 2025 from a limited liability company to a corporation named OAI International, Inc. OAI International, Inc. is a subsidiary of OpenAI OpCo, LLC, and no publicly held corporation has a financial interest of 10% or more. OAI International, Inc. further states that it is an indirect subsidiary of OpenAI Global, LLC and that Microsoft Corporation is a publicly held corporation that owns 10% or more of its stock.

For diversity purposes, all OpenAI Defendants are incorporated under the laws of Delaware, with their principal places of business located in the State of California.

Dated: June 9, 2026        Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.

*s/ Hannah Murphy*
DOUGLAS L. KILBY, FL BN 73407
dkilby@stearnsweaver.com
LIZ DESLOGE ELLIS, FL BN 97873
lellis@stearnsweaver.com
**HANNAH MURPHY, FL BN 1032759**
hmurphy@stearnsweaver.com

-3-

106 E. College Avenue, Suite 700
Tallahassee, FL 32301
Telephone: (850) 580-7200

MATTHEW A. MACDONALD
(*pro hac vice* forthcoming)
matthew.macdonald@wsgr.com
MELISSA MILLS
(*pro hac vice* forthcoming)
mmills@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
953 East 3rd Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900

BRIAN M. WILLEN
(*pro hac vice* forthcoming)
bwillen@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
31 West 52nd Street, Fifth Floor
New York, NY 10019-6118
Telephone: (212) 999-5800

SAMANTHA A. MACHOCK
(*pro hac vice* forthcoming)
smachok@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION
12235 El Camino Real #200
San Diego, CA 92130
Telephone: (858) 350-2300

*Counsel for OpenAI Defendants*

-4-

-5-

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on June 9, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

<u>*s/ Hannah Murphy*</u>
Attorney