## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

VANDANA JOSHI,

      Plaintiff,

                               Case No.:  4:26-cv-00222-MW/MJF

v.

OPENAI FOUNDATION, et al.,

      Defendants.
_____/

## PARTIES' FIRST JOINT DISCOVERY STATUS REPORT

Pursuant to the Court's May 26, 2026, Initial Scheduling Order, (ECF No. 17), the parties submit this joint status report regarding discovery in this matter.[1] No party has served any discovery requests at this time. However, the parties have met and conferred on the Rule 26(f) report and a joint report is forthcoming.

Respectfully submitted this 25th day of June, 2026.

---

[1] This joint status report is filed by OpenAI Foundation (f/k/a OpenAI, Inc.); OpenAI Group PBC, OpenAI GP, LLC; Aestas Management Company, LLC (f/k/a OpenAI Holdings, LP); Aestas, LLC; OpenAI Holdings, LLC; OAI Corporation (f/k/a OAI Corporation, LLC); OpenAI Global HoldCo, Inc., OpenAI Global, LLC, OpenAI OpCo, LLC (f/k/a OpenAI LP); and OpenAI, LLC, (collectively, "OpenAI") and Vandana Joshi ("Plaintiff"). The report refers to these entities collectively as the "parties." Defendant Phoenix Ikner has been served, but has not appeared in this matter.

1

 *s/ J. Robert Bell III*
J. Robert Bell III, FBN 115918
OSBORNE, FRANCIS & PETTIS
925 S. Federal Hwy, Suite 175
Boca Raton, FL 33432
Telephone: (561) 485-4166
rbell@realtoughlawyers.com

Gregorio A. Francis, FBN 8478
OSBORNE, FRANCIS & PETTIS
2707 E. Jefferson St.
Orlando, FL 32803
Telephone: (407) 655-3333
gfrancis@realtoughlawyers.com

Bakari T. Sellers, (*pro hac vice*)
Amy E. Willbanks, (*pro hac vice*)
STROM LAW FIRM
6923 N. Trenholm Road, Suite 200
Columbia, SC 29206
Telephone: (803) 252-4800
bsellers@stromlaw.com
awillbanks@stromlaw.com

James W. Bannister, (*pro hac vice*)
BANNISTER, WYATT & STALVEY
24 Cleveland Street, Suite 100
Greenville, SC 29603
Telephone: (864) 298-0084
jbannister@bannisterwyatt.com

*Counsel for Plaintiff Vandana Joshi, as the Personal Representative of the Estate of Tiru Chabba*

 *s/ Elizabeth Desloge Ellis*
Douglas L. Kilby, FBN 73407
Elizabeth Desloge Ellis, FBN 97873
Hannah E. Murphy, FBN 1032759
STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
106 East College Avenue, Suite 700
Tallahassee, FL 32301
Telephone: (850) 580-7200
dkilby@stearnsweaver.com
lellis@stearnsweaver.com
hmurphy@stearnsweaver.com

Matthew A. Macdonald*
Melissa Mills*
Tomas Arriaga*
WILSON SONSINI GOODRICH & ROSATI
953 East 3rd Street, Suite 100
Los Angeles, CA 90013
Telephone: (323) 210-2900
matthew.macdonald@wsgr.com
mmills@wsgr.com
tarriaga@wsgr.com

W. Bradford Barber*
WILSON SONSINI GOODRICH & ROSATI
12235 El Camino Real #200
San Diego, CA 92130
Telephone: (858) 350-2300
bbarber@wsgr.com

Elizabeth W. Sharkey*
WILSON SONSINI GOODRICH & ROSATI
95 S State Street, Suite 1000
Salt Lake City, UT 84111-1560
Telephone: (801) 401-8510
esharkey@wsgr.com

2

Brian M. Willen*
Michelle M. Dang*
Ivey M. Dyson*
WILSON SONSINI GOODRICH & ROSATI
31 West 52nd Street, Fifth Floor
New York, NY 10019-6118
Telephone: (212) 999-5800
bwillen@wsgr.com
mdang@wsgr.com
idyson@wsgr.com

*pro hac vice forthcoming

Counsel for OpenAI Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 25, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

 s/ Elizabeth Desloge Ellis
Elizabeth Desloge Ellis
Florida Bar No. 97873

3