**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**VANDANA JOSHI,**

***Plaintiff*,**

**v.**

**Case Nos.: 4:26cv222-MW/MJF**
**4:26cv334-MW/MAF**
**4:26cv335-MW/MAF**
**4:26cv416-MW/MAF**
**4:26cv425-MW/MAF**
**4:26cv459-MW/MJF**

**OPENAI FOUNDATION, et al.**

***Defendants*.**

_____________________________/

**ORDER DIRECTING PARTIES TO**
**CONFER REGARDING CONSOLIDATING DISCOVERY**

Inasmuch as these cases appear to involve overlapping legal and factual issues, the parties in these cases must confer and file a joint report in each of these cases indicating whether they are opposed to consolidating discovery in these cases and, if not, proposing a joint consolidated schedule for discovery and dispositive motions. The parties' joint reports are due **on or before September 29, 2026.**

**SO ORDERED on September 22, 2026.**

**s/Mark E. Walker**
**United States District Judge**