**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| **VANDANA JOSHI,**<br><br>*Plaintiff,*<br><br>v.<br><br>**OPENAI FOUNDATION, et al.**<br><br>*Defendants.* | **Case Nos.: 4:26-cv-222-MW/MJF**<br>**4:26-cv-334-MW/MAF**<br>**4:26-cv-335-MW/MAF**<br>**4:26-cv-416-MW/MAF**<br>**4:26-cv-425-MW/MAF**<br>**4:26-cv-459-MW/MJF** |

**DECLARATION OF CHRISTOPHER R. CLARK IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS *GOURLEY*, *MORALES*, AND *GRANT* COMPLAINTS**

I, Christopher R. Clark, declare:

1. I am an attorney with the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A, a member in good standing of the State Bar of Florida, and admitted to practice before this Court. I submit this Declaration based on my personal knowledge of the facts set forth herein.

2. I submit this declaration in support of Defendants' Motion to Dismiss the Complaints filed in the *Gourley*, *Morales*, and *Grant* actions.

3. Plaintiffs' Complaints refer to conversations between ChatGPT and Phoenix Ikner. *E.g.*, Gourley_¶¶136-40, 143-48, 159-62, 165-68; Morales_¶¶99-103, 107-12, 117-20, 123-26; Grant_¶¶24-25, 33-35, 37-44, 46.

4. On July 25, 2026, Stearns Weaver Miller submitted a public records request to the Florida State Attorney's Office ("SAO"), requesting, among other things, documents reflecting social media activity by Phoenix Ikner. On September 3, 2026, I received Phoenix Ikner's ChatGPT chatlogs, dated March 26, 2024 through April 17, 2025, from the SAO.

5. Attached hereto as Exhibit 1 is a true and correct copy of the chatlogs I received from the SAO pursuant to the above-referenced public records request. The content of Exhibit 1 has not been altered in any way, other than formatting for printing, the addition of page numbers, and highlighting of passages most relevant to the Court's review, consistent with the Court's stated preference for highlighted exhibits in its October 7, 2026 Consolidated Scheduling and Mediation Order, ECF No. 41.

6. I further submit this declaration in support of Defendants' request that the Court take judicial notice of the existence and public availability of the website located at the following URL: https://youtube.com/shorts/Wzn9Ozu3lDM?si=zloWAOmbTCk0Ist9 (the "YouTube Page").

7. On September 24, 2026, I ran the following search on the Google search engine: "how to use a Glock YouTube". The search yielded multiple hits, and the linked video was one of the top five listed results. A true and correct copy of a

printout showing the top results from this Google search is attached hereto as Exhibit 2, and it shows the video was posted 4 years ago. I personally accessed the YouTube Page using Safari. The YouTube Page was, at that time, accessible to the public and did not require a login, subscription, or paywall to view.

8. This YouTube Page depicted a 58-second YouTube video, posted by YouTube user "Gunghis," described as "How to use a Glock (any caliber) in under 60 seconds." A true and correct copy of a printout of the YouTube Page is attached as Exhibit 3.

9. This request for judicial notice is not made to prove the truth of any factual statement made on the YouTube Page, but solely to establish that the YouTube Page and the type of information it contains is publicly available and readily accessible via a search engine like Google.

10. I further submit this declaration in support of OpenAI's request that the Court take judicial notice of the existence and public availability of the website located at the following URL: https://myfwc.com/hunting/safety-education/shooting-ranges/safety-rules/ ("Florida Fish and Wildlife Conservation Commission Page" or "Florida FWC Page").

11. On September 24, 2026, I personally accessed the Florida Fish and Wildlife Conservation Commission Page using Safari. The Florida FWC Page was,

at that time, accessible to the public and did not require a login, subscription, or paywall to view.

12. As of the date of my access, the Florida FWC Page depicted "Florida Fish and Wildlife Conservation Commission" in the upper left corner and the title "Range Safety Rules," along with an 11-minute and 58-second video with the following description: "This video offers tips on safe firearms handling and shooting range safety for those using FWC rifle and pistol ranges and shotgun facilities such as trap, 5-stand and sporting clays." A true and correct copy of a printout of the Florida FWC Page is attached as Exhibit 4.

13. This request for judicial notice is not made to prove the truth of any factual statement made on the Florida FWC Page, but solely to establish that the Florida FWC Page and the type of information it contains is publicly available and readily accessible via a search engine like Google.

14. I further submit this declaration in support of OpenAI's request that the Court take judicial notice of the existence and public availability of the website located at the following URL: https://www.nrawomen.com/content/firearm-basics-selecting-the-correct-type-of-ammunition-for-your-firearm ("National Rifle Association Page" or "NRA Page").

15. On September 24, 2026, I personally accessed the National Rifle Association Page using Safari. The NRA Page was, at that time, accessible to the public and did not require a login, subscription, or paywall to view.

16. As of the date of my access, the NRA Page depicted "NRA Women" in the upper left corner and the title "Firearm Basics | Selecting the Correct Type of Ammunition for Your Firearm," and included a 7-minute and 32-second video along with the following description: "In this video, we cover how to tell what type of ammunition your firearm is chambered for, and how to select the correct type of ammunition for your firearm." A true and correct copy of a printout of the NRA Page is attached as Exhibit 5.

17. This request for judicial notice is not made to prove the truth of any factual statement made on the NRA Page, but solely to establish that the NRA Page and the type of information it contains is publicly available and readily accessible via a search engine like Google.

18. I further submit this declaration in support of OpenAI's request that the Court take judicial notice of the existence and public availability of the website located at the following URL: https://www.quora.com/How-do-I-turn-the-safety-on-a-Glock-on-and-off ("Quora Page").

19. On September 24, 2026, I personally accessed the Quora Page using Safari. The Quora Page was, at that time, accessible to the public and did not require a login, subscription, or paywall to view.

20. As of the date of my access, the Quora Page depicted the title "How do I turn the safety on a Glock on and off?" The Quora Page included a comment by user "Greg Taggart" that stated the following:

> The Glock has no independent thumb operated mechanical Safety. The "Safety" on a Glock is… drumroll… YOU.
>
> If your trigger finger , operated by YOU, is laid flat on the frame outside of the trigger guard, and no where near the trigger, the Glock is "SAFE". It will not, cannot, absolutely is unable to, fire.
>
> On the other hand, if your trigger finger, operated by YOU, is placed on the face of the trigger, the weapon is "OFF SAFE". Given a reasonably mild pressure of about 6.5 pounds, it will definitely, totally, absolutely and without fail, Fire. Whether you are really ready to do so or not. Whether you really intend to do so or not. It will fire without fail. That is what Dr. Gaston Glock and his team of engineers designed it to do. Exactly. No more, no less.
>
> To handle the Glock on "SAFE", follow LtCol Cooper's Third Rule Of Safe Gun Handling (also known as Cooper's Rules, the Gunsite Academy Rules or the Universal Rules):
>
> "Finger off the trigger until sights are on target and you intend to fire".
>
> When you put your finger on the Glock trigger, you turn the Safety OFF.
>
> Follow the Rule listed above to safely handle a Glock or any firearm.

A true and correct copy of a printout of the Quora Page and this user comment is attached as Exhibit 6.

21. This request for judicial notice is not made to prove the truth of any factual statement made on the Quora Page, but solely to establish that the Quora Page and the type of information it contains is publicly available and readily accessible via a search engine like Google.

22. I further submit this declaration in support of OpenAI's request that the Court take judicial notice of the existence and public availability of the website located at the following URL: https://www.letsgoshooting.org/resources/articles/shotgun/shotgun-shells-explained-the-new-shooters-dictionary/ ("National Shooting Sports Foundation Page" or "NSSF Page").

23. On September 24, 2026, I personally accessed the National Shooting Sports Foundation Page using Safari. The NSSF Page was, at that time, accessible to the public and did not require a login, subscription, or paywall to view.

24. As of the date of my access, the NSSF Page depicted "NSSF" and "The Firearm Industry Trade Association" in the upper left corner and the title "How Shotgun Shells Work and How to Choose the Right One," and included the following description: "This guide explains what shotgun shells are, how they work, their components, gauges, shot types and how to choose the right shell safely and responsibly. Whether you are new to shooting or simply want a clearer understanding of shotgun ammunition, this article is designed to give you accurate,

practical knowledge you can rely on." A true and correct copy of a printout of the NSSF Page is attached as Exhibit 7.

25. This request for judicial notice is not made to prove the truth of any factual statement made on the NSSF Page, but solely to establish that the NSSF Page and the type of information it contains is publicly available and readily accessible via a search engine like Google.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 10/20/2026 at Tallahassee, Florida.

Signed by:
Christopher R. Clark
33A23EB1CDBF432...
Christopher R. Clark